# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

### SHERMAN DIVISION

**DATE**: 11/25/19

| UNITED STATES MAGISTRATE JUDGE | COURT REPORTER: DIGITAL RECORDING - PLANO 108 |
|---|---|
| **KIMBERLY C. PRIEST JOHNSON** | **COURTROOM DEPUTY:** Toya McEwen |
| Steven K Topletz<br>v<br>Jim Skinner | **CASE NO.**   4:19-cv-820 RWS/KPJ |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANT** |
| William Jones & Austin Champion | |

On this day, came the parties by their attorneys, the following proceedings were held in Plano, Texas:  Hearing on Motion for TRO and Preliminary Injunction (Dkt. 3)

**OPEN:** 10:41 am          **ADJOURN:** 11:22 am

| TIME: | MINUTES: |
|---|---|
| 10:41 am | Case called, announcements made. Court began hearing addressing jurisdiction. Argument by Austin Champion as to jurisdiction. |
| 11:21 am | Briefing will be produced by end of day on Tuesday. |
| 11:22 am | Adjourned. |

**DAVID A. O'TOOLE, CLERK**

BY:      Toya McEwen
        Courtroom Deputy Clerk